IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARVIN JEROME FLOYD,<br>Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| ANDREW M. SAUL,<br>Commissioner of Social Security,<br>Defendant. | : | No. 19-637 |

FILED
SEP 04 2019
KATE ~~~~~~~, Clerk
By ~~~~~ Dep. Clerk

## ORDER

AND NOW, on September 4, 2019, upon consideration of Plaintiff Marvin Floyd's Brief in Support of his Request for Review (doc. 15), the Commissioner's Motion to Remand (doc. 16), and the Plaintiff's Response (doc. 17) it is ORDERED:

1. Plaintiff's Request for Review is GRANTED;

2. Defendant's Motion to Remand is GRANTED;

3. The matter is REMANDED to the Commissioner for assignment to a new ALJ for a <u>de novo</u> hearing; and

4. The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

/s/ Timothy R. Rice
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE

ENT'D SEP 04 2019